UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0594 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST |
| v. | ) ) | |
| DARRYL BURKS, and JOHN LACY, | ) ) ) | |
| Defendants. | ) ) ) | |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea or trial setting on June 23, 2009, at 9:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between June 9, 2009 and June 23, 2009 to allow time for the defendants and the attorney for the government to continue their respective investigations, thereby allowing reasonable time for effective preparation, taking into account the exercise of due diligence. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for change of plea or trial setting on June 23, 2009, at 9:00 a.m., and that time between June 9, 2009 and June 23, 2009 is excluded

STIP. REQ.
No. CR-08-0594 SBA

1  under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(7)(A) and
2  (h)(7)(B)(iv), on the grounds that the ends of justice are served by taking such action outweigh
3  the best interest of the public and the defendant in a speedy trial in order to facilitate the
4  effective preparation of counsel, taking into account the exercise of due diligence.
5
6  DATED:6/5/09

                                           HON. SAUNDRA BROWN ARMSTRONG
7                                             United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ.
No. CR-08-0594 SBA