JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, CA  94612
  Telephone: (510) 637-3717
  Fax: (510) 637-3724
  E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-CR-00594 SBA |
|     Plaintiff, ) | |
|   v. ) | STIPULATION AND ORDER TO EXCLUDE TIME TO JULY 7, 2009 |
| JOHN LACY, ) DARRYL BURKS, ) | |
|     Defendants. ) | |

On June 18, 2009, this Court *sua sponte* continued the hearing previously scheduled on June 23, 2009 to July 7, 2009 at 9:00 a.m.

The parties stipulate that the period from June 18, 2009 to July 7, 2009 shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18

STIPULATION AND EXCLUSION OF TIME
CR 08-CR-00594 SBA

1  U.S.C. § 3161(h)(7)(A).

2       Such continuance is required because counsel for Darryl Burks has been involved
3  in a lengthy criminal trial, and counsel for John Lacy has been immersed in preparation
4  for trial in another matter.  This continuance will allow the reasonable time necessary for
5  effective preparation, taking into account the exercise of due diligence.
6       As such, the parties respectfully request that the time between June 18, 2009 and
7  July 7, 2009 be exluded under U.S.C. § 3161(h)(7)(A).

10  DATED:  June 23, 2009           Respectfully submitted,
11                                  JOSEPH P. RUSSONIELLO
                                    United States Attorney

13                                      */s/ Christina McCall*
                                    CHRISTINA McCALL
14                                  Assistant United States Attorney

16                                      */s/ Mary McNamara*
                                    MARY McNAMARA
17                                  Attorney for John Lacy

19                                      */s/ Brendan Conroy*
                                    BRENDAN CONROY
                                    Attorney for Darryl Burks

21  //

23  //

25  //

27  //

28
STIPULATION AND EXCLUSION OF TIME
CR 08-CR-00594 SBA

2

|   |   |
|---|---|
| 1 | ORDER |

2  Based on the reason provided in the stipulation of the parties above, the Court hereby
3  FINDS that for adequate preparation of the case by all parties, and pursuant to 18 U.S.C.
4  Sections 3161(h)(8)(A) and (B)(iv) an exclusion of time is warranted under the Speedy
5  Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the time is
6  exluded until July 7, 2009.

7  IT IS SO ORDERED.

8
9  DATED:6/23/09                              *Saundra B Armstrong*
                                              SAUNDRA BROWN ARMSTRONG
10                                            United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 08-CR-00594 SBA

3