UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARRYL BURKS, and ) <br> JOHN LACY, ) <br> ) <br> ) <br> Defendants. ) <br> ) | No. CR-08-0594 SBA <br><br> ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

Good cause appearing,

**IT IS HEREBY ORDERED** the parties' joint request to continue the hearing scheduled for July 7, 2009 to July 28, 2009 is GRANTED. This matter is rescheduled to July 28, 2009, at 9:00 a.m. to trial setting or change of plea. The time between July 7, 2009 and July 28, 2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of and continuity of counsel, taking into account the exercise of due diligence.

DATED: July 6, 2009

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ.
No. CR-08-0594 SBA

STIP. REQ.
No. CR-08-0594 SBA