JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA M. McCALL (CABN 234139)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3717
   Facsimile:  (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00594 SBA |
| | ) | |
|    Plaintiff, | ) | JOINT MOTION AND STIPULATED |
| | ) | REQUEST TO SET CHANGE OF PLEA |
| v. | ) | AND SENTENCING ON JANUARY 12, |
| | ) | 2010 AND TO EXCLUDE TIME UNDER |
| DARRYL BURKS, | ) | THE SPEEDY TRIAL ACT |
| | ) | |
|    Defendant. | ) | Date:     October 13, 2009 |
| | ) | Time:    10:00 a.m. |
| | ) | Court:   Hon. Saundra Brown |
| | ) |           Armstrong |

     The above-captioned matter is set on October 13, 2009 before this Court for change of

plea or trial setting.  The parties request that this Court vacate that date and set this matter for

change of plea and sentencing on January 12, 2010 at 10:00 a.m., and that the Court exclude time

under the Speedy Trial Act between the date of this stipulation and January 12, 2010.  The

parties have contacted the courtroom deputy, who indicated that January 12, 2010 is the next

available date for sentencing in this case.

     The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules

of Criminal Procedure and will submit the revised proposed plea agreement to the Court at the

same time as this stipulation.  To allow time for the Court to consider the revised proposed plea

1   agreement and for the preparation of a Presentence Investigation Report by the United States

2   Probation Office, the parties request that this matter be set on January 12, 2010 at 10:00 a.m. for

3   change of plea and sentencing (assuming the proposed plea agreement is acceptable to the

4   Court).  The probation officer in this case has not been able to interview Defendant, due to the

5   fact that Defendant was moved from one facility to another during the scheduled interviews.

6   Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even

7   though he has not yet pleaded guilty.  Since the proposed plea agreement has been submitted to

8   the Court, the parties further stipulate and agree that the time between October 13, 2009 and

9   January 12, 2010 should be excluded under the Speedy Trial Act, and specifically pursuant to 18

10  U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be

11  entered into by the defendant and the attorney for the government.

12

13  DATED: October 8, 2009

14

15  */s/ Christina M. McCall*                          */s/ Brendan Conroy*

16  CHRISTINA M. McCALL                          BRENDAN CONROY
    Assistant United States Attorney                Counsel for Darryl Burks
17  Counsel for United States

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 12, 2010 & TO EXCLUDE TIME
No. CR-08-00594 SBA

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  UNITED STATES OF AMERICA,        )      No. CR-08-00594 SBA
                                     )
12          Plaintiff,               )      ORDER GRANTING JOINT MOTION
                                     )      AND STIPULATED REQUEST TO SET
13     v.                            )      CHANGE OF PLEA AND SENTENCING
                                     )      ON DECEMBER 1, 2009 AND TO
14  DARRYL BURKS,                    )      EXCLUDE TIME UNDER THE SPEEDY
                                     )      TRIAL ACT
15          Defendant.               )
                                     )      Date:    October 13, 2009
16                                   )      Time:    9:00 a.m.
                                     )      Court:   Hon. Saundra Brown
17  _____ )                 Armstrong

18          The parties jointly requested that status hearing in this matter be vacated and that this

19  matter be set for change of plea and sentencing on January 12, 2010 at 10:00 a.m.  The parties

20  further requested that time be excluded under the Speedy Trial Act between October 13, 2009

21  and January 12, 2010 to allow time for the Court to consider the proposed plea agreement to be

22  entered into by the defendant and the attorney for the government, and to allow time for the

23  preparation of a Presentence Investigation Report by the United States Probation Office.

24  Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even

25  though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C.

26  § 3161(h)(1)(G),

27          **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on

28  January 12, 2010 at 10:00 a.m., and that time between October 13, 2009 and January 12, 2010 is

excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.


DATED: 10/8/09

_____

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 12, 2010 & TO EXCLUDE TIME
No. CR-08-00594 SBA