UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0594 SBA |
| v. | ORDER GRANTING STIPULATED REQUEST |
| DARRYL BURKS, | |
| Defendant. | |

The parties jointly requested that plea and sentencing in this matter be vacated and that this matter be set for change of plea and sentencing on March 23, 2010, at 9:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between January 26, 2010 and March 23, 2010, to allow time for the defendant and the attorney for the government to finalize the plea agreement, and allow time for defense counsel to review the plea agreement with the defendant, thereby allowing reasonable time for effective preparation, taking into account the exercise of due diligence.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(7)(A) , (B)(iv),

STIP. REQ.
No. CR-08-0594 SBA

1  **IT IS HEREBY ORDERED** that this matter is set for change of plea or trial setting on
2  **March 23, 2010, at 10:00 a.m.**, and that time between January 26, 2010 and March 23, 2010, is
3  excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(7)(A),
4  (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence.

6  DATED: 1/25/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ.
No. CR-08-0594 SBA