UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DARRYL BURKS,<br><br>　　　　Defendant. | Case No: CR 08-0594-02 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 138 |

　　On March 23, 2010, Defendant pled guilty to Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), and was sentenced to forty-two months of imprisonment.

　　On August 31, 2010, the Court received a letter from Defendant, asking the Court to correct his projected release date, which he asserts has been incorrectly calculated.  Dkt. 138.  To date, no response to Defendant's letter has been filed by the Government.  Accordingly,

　　IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's letter (Dkt. 138) by no later than January 14, 2011.  This matter will thereafter be taken under submission.

　　IT IS SO ORDERED.

Dated: December 3, 2010　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge