1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>DARRYL BURKS,<br><br>            Defendant. | Case No.:  CR 08-0594 SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE SUPERVISED RELEASE VIOLATION HEARING** |

   Mr. Burks' Supervised Release hearing is currently scheduled for December 9, 2015, at 10:00 a.m.  However, the parties require additional time to negotiate a possible joint position regarding sentencing on Mr. Burks' supervised release violation.  As such, the parties stipulate and request that the Court vacate the December 9, 2015 hearing date, and continue this matter to the Court's next available date, on January 13, 2016, at 10:00 a.m.

STIPULATION AND [PROPOSED] ORDER RE SUPERVISED RELEASE
VIOLATION HEARING [Case No.: CR 08-00594-002-SBA]                                                                        1

The Court's clerk indicated that the Court is available on January 13, 2016 to hear this matter. The United States Probation Office does not object to a continuance of this matter to January 13, 2016.

SO STIPULATED.

BRIAN STRETCH
Acting United States Attorney

Dated: December 8, 2015      _____/s/_____
JOSEPH ALIOTO
Assistant United States Attorney

Dated: December 8, 2015      _____/s/_____
EDWIN PRATHER
Attorney for Defendant
DARRYL BURKS

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, the hearing date on Mr. Burks' supervised released violation is hereby continued to January 13, 2016, at 10:00 am.

IT IS SO ORDERED.

Dated: 12/09/2015      _____
HON. SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE