1
2
3
4
5        UNITED STATES DISTRICT COURT
6     FOR THE NORTHERN DISTRICT OF CALIFORNIA
7              OAKLAND DIVISION
8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 08-594 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| DARRYL BURKS, | |
| Defendant. | |

On February 11, 2016, the Court sentenced Darryl Burks ("Burks") to a prison term of five months for violating the terms of his supervised release. Dkt. 235. Burks has not yet been designated to a facility by the Bureau of Prisons and presently remains in the custody of the United States Marshal at Santa Rita County Jail ("Santa Rita").

On or about March 9, 2016, the Court received a letter from Burks, indicating that he has been receiving inadequate medical care at Santa Rita, which is operated by Alameda County. Dkt. 236.[1] Burks states that he is not receiving medication for his diabetes, hypertension and prostate condition. In addition, Burks alleges that he has sleep apnea but that prison officials have failed to provide him with a CPAP machine.

The Court contacted the United States Marshal's office, which, in turn, contacted Santa Rita, regarding Burks' complaints. According to Santa Rita, Burks was recently medically reevaluated, and, as of March 8, 2016, is now receiving his proper drug regimen.

---

[1] Medical care at Santa Rita apparently is provided by a third-party known as Corizon Correctional Healthcare.

It is unclear, however, whether Santa Rita has responded to Burk's request for a CPAP machine.

At this juncture, it appears that some or all of Burks' complaints have or are being addressed at Santa Rita. Accordingly, in the event that Burks believes that he is not receiving adequate medical care, he shall immediately notify the Court in writing of the following: (1) the medical condition which is not being adequately addressed at Santa Rita; (2) the treatment, if any, that Santa Rita has provided to address each condition; and (3) the specific relief he is seeking from the Court. The Clerk shall serve a copy of this Order on the United States Marshal for the Northern District of California, Oakland Division.

IT IS SO ORDERED.

Dated:  3/10/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge